```
                    UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF WEST VIRGINIA
                            AT CHARLESTON
```

**RHONDA SUZETTE BURNS,**

    **Plaintiff,**

v.                                         Civil Action No. 2:17-CV-01543

**NANCY A. BERRYHILL,**
Acting Commissioner of the
Social Security Administration,

    **Defendant.**

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Omar J. Aboulhosn, entered on September 15, 2017; the magistrate judge having recommended that the court affirm the final decision of the Commissioner, deny plaintiff's request for judgment on the pleadings, and grant the defendant's request to affirm the final decision; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

    1.  The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein;

2. Plaintiff's request for judgment on the pleadings be, and it hereby is, denied;

3. The Commissioner's request to affirm the decision of the Commissioner be, and it hereby is, granted;

4. The decision of the Commissioner be, and it hereby is, affirmed; and

5. The action be, and it hereby is, dismissed with prejudice and removed from the docket of the court.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and United States Magistrate Judge Omar J. Aboulhosn.

DATED: October 11, 2017

John T. Copenhaver, Jr.
United States District Judge